**SEALED**

MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Feb 13, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>Alejandro OROZCO-Ochoa,<br>aka Antonio REYES,<br>aka Felix GODINEZ-REYES | CASE NO. 1:25-mj-00011-SKO<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 2/13/2025

*Sheila K. Oberto*
Hon. Sheila K. Oberto
U.S. MAGISTRATE JUDGE

1