**FILED**

Feb 27, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FELIX REYES-GODINEZ,<br>AKA ALEJANDRO OROZCO-OCHOA,<br>AKA ANTONIO REYES,<br>AKA FELIX GODINEZ-REYES,<br>AKA FELIX HERNANDEZ,<br>AKA DAVID RODRIGUEZ-MENDEZ,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:25-MJ-00011-SKO<br><br>ORDER UNSEALING COMPLAINT |

　　Good cause due to the Defendant; pending appearance and arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Complaint against the Defendant in the above-captioned case be unsealed.

DATED:　2/27/25

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. BARBARA A. MCAULIFFE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE