MICHELE BECKWITH
Acting United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00035-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| FELIX REYES-GODINEZ, AKA ALEJANDRO OROZCO-OCHOA, AKA ANTONIO REYES, AKA FELIX GODINEZ-REYES, AKA FELIX HERNANDEZ, AKA DAVID RODRIGUEZ-MENDEZ, | DATE: June 4, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 4, 2025.

2. By this stipulation, defendant now moves to continue the status conference until August 20, 2025, and to exclude time between June 4, 2025, and August 20, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, the Defendant's criminal history, and the Defendant's immigration record. All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying.

  b) The government has made a formal plea offer and counsel for defendant desires additional time to consult with her client and discuss pre-trial resolution with her client.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2025 to August 20, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 28, 2025         MICHELE BECKWITH
                 Acting United States Attorney

                 /s/ CALVIN LEE
                 CALVIN LEE
                 Assistant United States Attorney

Dated: May 28, 2025         /s/ Christina M. Corcoran
                 Christina M. Corcoran
                 Counsel for Defendant
                 FELIX REYES-GODINEZ

**ORDER**

In light of the Defendant's arraignment on March 5, 2025, the parties' request to continue the status conference from June 4, 2025, to August 20, 2025, at 1:00 p.m. is GRANTED. Time is excluded through August 20, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The parties shall be prepared to select a mutually agreeable status conference at the August 20, 2025, status conference.

IT IS SO ORDERED.

Dated:  **May 29, 2025**                              /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE