ERIC GRANT
Acting United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00035-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FELIX REYES-GODINEZ, | DATE: February 24, 2026 |
| Defendant. | TIME: 8:30 a.m. COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for trial on February 24, 2026.

2.      By this stipulation, defendant now moves to continue the trial until May 5, 2026, and to exclude time between February 24, 2026, and May 5, 2026, under Local Code T4, as well as continuing the dates and deadlines in the Court's January 9, 2026, pretrial order.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for defendant requires additional time pertaining to an ongoing defense investigation.

b)      Furthermore, the parties continue to be engaged in plea negotiations, as the government's current plea offer has not yet expired.   The parties anticipate that they may resolve

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

1

the case short of trial.

        c)      The government does not object to the continuance.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 24, 2026 to May 5, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

Dated:  January 15, 2026
        ERIC GRANT
        United States Attorney

        /s/ CALVIN LEE
        CALVIN LEE
        Assistant United States Attorney

Dated:  January 15, 2026
        /s/ Christina Corcoran
        Christina Corcoran
        Counsel for Defendant
        Felix Reyes-Godinez

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

# [~~PROPOSED~~] ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **January 16, 2026**

_____
UNITED STATES DISTRICT JUDGE