ERIC GRANT
Acting United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00035-JLT-SAB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FELIX REYES-GODINEZ, | DATE: August 11, 2026 |
| Defendant. | TIME: 8:30 a.m. |
| | COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for trial on August 11, 2026.

2.      By this stipulation, defendant now moves to vacate the scheduled August 11, 2026 trial date, to schedule a status conference before the Hon. Judge Stanley A. Boone on November 4, 2026, and to exclude time between August 11, 2026, and November 4, 2026, under Local Code T4, as well as continuing the dates and deadlines in the Court's January 9, 2026, pretrial order.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for defendant requires additional time pertaining to an ongoing defense investigation. Counsel for the defendant has made a supplemental discovery request to the government. The government is in the process of obtaining pursuant to that request the audio

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

recording and transcript materials from prior immigration court hearings. Although the government and federal immigration agencies are in the process of obtaining these materials, the federal immigration agencies have advised that because the relevant materials date back to 1991 the requested discovery requires additional time to retrieve from long term storage and requires a cassette player to confirm the correct materials have been obtained.

b)      Furthermore, the parties continue to be engaged in plea negotiations, as the government's current plea offer has not yet expired. The parties still anticipate that they may resolve the case short of trial soon after obtaining the supplemental discovery described above.

c)      The government does not object to the continuance.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 11, 2026 to November 4, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 6, 2026                                    ERIC GRANT
                                                       United States Attorney


                                                       /s/ CALVIN LEE
                                                       CALVIN LEE
                                                       Assistant United States Attorney


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  July 6, 2026

/s/ Christina Corcoran
Christina Corcoran
Counsel for Defendant
Felix Reyes-Godinez

## ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:    July 7, 2026

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE